LAW OFFICES OF
# ARTHUR G. VEGA

ARTHUR G. VEGA
artavega@yahoo.com

419 S. MAIN, SUITE 301
SAN ANTONIO, TEXAS 78204

OFFICE: (210) 224-8888
FAX: (210) 225-7751

July 30, 2013

**HAND-DELIVERED**
Mr. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

> Re: Court of Appeals Number: 04-13-00383-CV
> Arthur Vega, Individually and d/b/a Dolco Packaging (Appellant/ Cross-Appellee) v. Compass Bank (Appellee/ Cross-Appellant)

Dear Mr. Hottle:

In pursuance to the Order entered in the above-referenced cause dated July 16, 2013, this is to advise the Court that the parties have agreed to mediate said appeal, and have agreed to Mr. Steve J. Vacek, Jr. as their mediator.

Mr. Steve J. Vacek, Jr.'s information is as follows:
Address: 326 Linda Dr., San Antonio, Texas 78216;
Telephone No. (210) 824-3434
Facsimile No. (210) 824-3450
E-mail: SteveVacek@aol.com
Fee: 2 party: half-day- $375.00 per party; full day: $750.00 per party.

Sincerely,

ARTHUR G. VEGA

/agv
cc: William Patterson Huttenbach via Fax No. (713) 223-9319

1